Case 4:19-cv-03109 Document 22 Filed on 08/24/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BABUR NASEEM ASHRAF, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-19-3109 |
| UNITED AIRLINES INC., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Because the Court has denied Plaintiff Babur Naseem Ashraf's motions to vacate the arbitration award and all requested relief, the Court hereby

**ORDERS** that Plaintiff Babur Naseem Ashraf's case against Defendant United Airlines Inc. is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this **24** day of August, 2020.

DAVID HITTNER
United States District Judge