# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NASEEM ASHRAF | § <br> § <br> § <br> § <br> § |
| v. | § Civil Action No.: 4:19-cv-03109 <br> § |
| UNITED AIRLINES, INC. | § |

## PLAINTIFF ASHRAF'S NOTICE OF APPEAL

     Pending the Court's decision on Plaintiff's Motion to Reconsider/Motion for New Trial, Notice is hereby given that NASEEM ASHRAF (plaintiff) in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the final judgment entered in this action on the 24th day of August, 2020.

                                  RESPECTFULLY SUBMITTED,

                                  PATTERSON, BOYD & LOWERY, P.C.

                                  BY: */s/ S. Scott Boyd*
                                  WILLIAM C. BOYD
                                  T/B/A 02779000
                                  S. SCOTT BOYD
                                  T/B/A 24026909
                                  2101 Louisiana St.
                                  Houston, Texas 77002
                                  Phone: 713-222-0351
                                  Fax: 713-759-0642
                                  Email: ssboyd@pattersonboyd.com
                                  Attorneys for Plaintiff,
                                  NASEEM ASHRAF

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas on October 1, 2020, and therefore the document has been served upon all counsel of record as indicated below:

    United Airlines Inc.
    Stephen J. Roppolo
    Hollie L. Reiminger
    Fisher & Phillips, LP
    hreiminger@fisherphillips.com
    kbecktell@fisherphillips.com
    sroppolo@fisherphillips.com

                                                */s/ S. Scott Boyd*
                                                S. Scott Boyd